English

# Office of the Mayor
Mayor Bruce Harrell

**HOME**   TOPICS

< Previous                                                                 Next >

# Mayor Harrell Statement on Extreme Right-Wing Rally at Cal Anderson Park

by Jamie Housen on May 24, 2025

**Seattle** – Today, Mayor Bruce Harrell released the following statement:

"Seattle is proud of our reputation as a welcoming, inclusive city for LGBTQ+ communities, and we stand with our trans neighbors when they face bigotry and injustice. Today's far-right rally was held here for this very reason – to provoke a reaction by promoting beliefs that are inherently opposed to our city's values, in the heart of Seattle's most prominent LGBTQ+ neighborhood.

"When the humanity of trans people and those who have been historically marginalized is questioned, we triumph by demonstrating our values through our

words and peaceful protest – we lose our voice when this is disrupted by violence, chaos, and confusion.

"Anarchists infiltrated the counter-protestors group and inspired violence, prompting SPD to make arrests and ask organizers to shut down the event early, which they did.

"While there are broad First Amendment requirements around permitting events under free speech protections, I am directing the Parks Department to review all of the circumstances of this application to understand whether there were legal location alternatives or other adjustments that could have been pursued. The Police Department will complete an after-action report of this event, including understanding preparation, crowd management tactics, and review of arrests and citations.

"I am grateful for those who make their voices heard in support of our neighbors without resorting to violence. In the face of an extreme right-wing national effort to attack our trans and LGBTQ+ communities, Seattle will continue to stand unwavering in our embrace of diversity, love for our neighbors, and commitment to justice and fairness."

Filed Under: Office of the Mayor

‹ Previous                                                                                          Next ›

# Browse the Archive

Choose a Month

**All Seattle.gov Blogs** ⌄

Seattle's Mayor is the head of the Executive department. The Mayor directs and controls all City offices and departments except where that authority is granted to another office by the City Charter.

About Our Digital Properties     Privacy Policy     ADA Notice