**From:** Jessica Gentry
**To:** ross@rossjohnston.co; Jenny Donnelly; russell@thepursuitnw.com; Daniel Schmit; Jenny Donnelly
**Subject:** Fwd: Mayday - Special Event May
**Date:** Wednesday, June 25, 2025 5:22:20 PM
**Attachments:** image005.png
image008.png
Outlook-gqd2jd32.png
Re: Mayday Event - May 24th 2025.eml.msg

Here are the emails between Briana and the different departments regarding the permit for Mayday Seattle

---------- Forwarded message ---------
From: **Briana Tokar** <briana@unitedrevival.org>
Date: Mon, May 26, 2025 at 12:50 PM
Subject: Fwd: Mayday - Special Event May
To: Jessica Gentry <jessica@hervoicemvmt.com>


---------- Forwarded message ---------
From: **parkusepermits** <parkusepermits@seattle.gov>
Date: Thu, Apr 3, 2025 at 3:25 PM
Subject: Re: Mayday - Special Event May
To: OED_Specialeventsoffice <specialeventsoffice@seattle.gov>, Briana Tokar <briana@unitedrevival.org>
Cc: parkusepermits <parkusepermits@seattle.gov>

Hi Briana,

We responded yesterday

Carl

Carl Bergquist, CPRP
Event Service Representative
City of Seattle, Seattle Parks and Recreation
O: 206-684-4080 x 3
Facebook | Twitter | Blog
Park Use Permits Application
Park Use Website
Seattle Parks and Recreation
300 Elliott Avenue West, Suite 100
Seattle, WA 98119

**From:** OED_Specialeventsoffice <specialeventsoffice@seattle.gov>
**Sent:** Thursday, April 3, 2025 12:22 PM
**To:** Briana Tokar <briana@unitedrevival.org>; parkusepermits <parkusepermits@seattle.gov>
**Subject:** Re: Mayday - Special Event May

Hi Briana,

We have included @parkusepermits on this email to respond to your park use permit question.

Thanks,

**Seattle Special Events Office**
http://www.seattle.gov/specialevents

700 5th Ave, Suite 5752 | PO Box 94708

Seattle, WA 98124-4708

specialeventsoffice@seattle.gov

**From:** Briana Tokar <briana@unitedrevival.org>
**Sent:** Wednesday, April 2, 2025 4:12 PM
**To:** OED_Specialeventsoffice <specialeventsoffice@seattle.gov>
**Subject:** Re: Mayday - Special Event May

Hello!

We applied for a park permit but have not heard back, is there anyone we can try to get in touch with?

Thank you!

Briana

On Fri, Mar 14, 2025 at 1:31 PM OED_Specialeventsoffice <specialeventsoffice@seattle.gov> wrote:

Hi Briana,

Your proposed use of Pike St between 1st & 2nd Ave in Seattle is being denied by the Special Events Committee due to the size and scope of the proposed event being too large to be safely accommodated at the proposed location. There is not ample space to safely facilitate the expected number of attendees while also maintaining public access through the space and access to all businesses along the block. Additionally, similar events at this location have been unsuccessful due to planning issues and community disruption.

The Special Events Office, Special Events Committee, and Downtown Seattle Association support community events and have suggested other locations which would be better suited for this proposed event. You will need to find another location. I would again recommend connecting with the Parks Department to find an alternate location. They can be reached at: parkusepermits@seattle.gov.

Thank you,
Kiah

***

**Kiah Patzkowsky** *(she/her/hers)*
Special Events Program Manager
Seattle Office of Economic Development
700 Fifth Avenue, Suite 5752, Seattle, WA 98104
M: 206-883-6110 | kiah.patzkowsky@seattle.gov

Facebook | Twitter | Instagram | Newsletter

**Seattle is a Welcoming City:** City employees do not ask about citizenship status and serve all residents regardless of immigration status. Immigrants and refugees are welcome here.

**Language and ADA Access:** For translations, ADA accommodations or accessibility information, contact oed@seattle.gov.

**Public Disclosure/Disclaimer Statement:** Consistent with the Public Records Act, Chapter 42.56 RCW, all records within the possession of the City may be subject to a public disclosure request and may be distributed or copied. Records include and are not limited to sign-in sheets, contracts, emails, notes, correspondence, etc. Use of lists of individuals or directory information (including address, phone or E-mail) may not be used for commercial purposes.

**From:** Briana Tokar <briana@unitedrevival.org>
**Sent:** Thursday, March 13, 2025 5:12 AM
**To:** OED_Specialeventsoffice <specialeventsoffice@seattle.gov>
**Subject:** Re: Mayday - Special Event May

Good morning,
Please let us know if we can work on this location, the event organizers wanted me to note again they would do whatever is necessary to prevent disturbance.

Thank you,
Briana

On Wed, Mar 12, 2025 at 1:32 PM Briana Tokar <briana@unitedrevival.org> wrote:

Good afternoon,

Please let us know if we can work on this location, the event organizers wanted me to note again they would do whatever is necessary to prevent disturbance.

Thank you,
Briana

On Tue, Mar 11, 2025 at 9:15 AM Briana Tokar <briana@unitedrevival.org> wrote:
> Thank you for this information.
>
> The estimated amount for this event is 300-500, based on their previous events. That being said, they will do whatever is necessary (including blocking off the sidewalks if necessary), to make sure there is no impact on the businesses or public.
>
> What can we do to secure this location? As said before, the organizer is ready to do whatever is necessary to make sure there is no impact to anyone around the event.
>
> Thank you
> Briana
>
> On Fri, Mar 7, 2025 at 7:21 PM OED_Specialeventsoffice <specialeventsoffice@seattle.gov> wrote:
>> Hi Briana,
>>
>> Our office connected with the Downtown Seattle Association and other partner agencies today, and we recommend that you find an alternate location for the proposed Mayday worship event on May 24, please.
>>
>> The capabilities of Pike St unfortunately don't match up appropriately to successfully facilitate what's been proposed (including available space to safely facilitate the expected number of attendees while also maintaining public access to all businesses along the sidewalks flanking the roadway).
>>
>> Please connect with Claire Pinger from the Downtown Seattle Association (cc'd here) – it's quite possible that DSA can help find another location (e.g. Westlake Park, Occidental Square Park) that could better accommodate your proposed activity.
>>
>> I would also suggest considering other Seattle Parks locations – when I connected with the Parks Department last, Cal Anderson Park on Capitol Hill and South Lake Union Park on the south side of South Lake Union were both available. You can also reach out to parkusepermits@seattle.gov to inquire about those parks or other parks.
>>
>> Thank you for your understanding.
>> Best,
>> Kiah
>>
>> ***
>>
>> **Kiah Patzkowsky** *(she/her/hers)*
>> Special Events Program Manager
>> Seattle Office of Economic Development
>> 700 Fifth Avenue, Suite 5752, Seattle, WA 98104
>> M: 206-883-6110 | kiah.patzkowsky@seattle.gov
>> Facebook | Twitter | Instagram | Newsletter
>>
>> **Seattle is a Welcoming City:** City employees do not ask about citizenship status and serve all residents regardless of immigration status. Immigrants and refugees are welcome here.
>> **Language and ADA Access:** For translations, ADA accommodations or accessibility information, contact oed@seattle.gov.
>> **Public Disclosure/Disclaimer Statement:** Consistent with the Public Records Act, Chapter 42.56 RCW, all records within the possession of the City may be subject to a public disclosure request and may be distributed or copied. Records include and are not limited to sign-in sheets, contracts, emails, notes, correspondence, etc. Use of lists of individuals or directory information (including address, phone or E-mail) may not be used for commercial purposes.
>>
>> **From:** Briana Tokar <briana@unitedrevival.org>
>> **Sent:** Friday, March 7, 2025 2:36 PM
>> **To:** OED_Specialeventsoffice <specialeventsoffice@seattle.gov>
>> **Subject:** Re: Mayday - Special Event May
>>
>> Thank you for the update. You mentioned we may hear more by the end of this week, is there any update?
>>
>> The organizers also wanted to reassure the city that they would do anything needed to make sure the pathways and sidewalks are clear for the businesses and the public.
>>
>> Thank you,
>> Briana
>>
>> On Wed, Mar 5, 2025 at 12:18 PM OED_Specialeventsoffice <specialeventsoffice@seattle.gov> wrote:
>>> Hi Briana,
>>>
>>> Our office continues to liaise with the Downtown Seattle Association, the lead organization for programming Pike St between 1st & 2nd Ave. DSA is just starting to stand up programming policies in that space.
>>>
>>> While we continue to work with DSA, our office also encourages you to continue considering alternate locations for your community worship service in case Pike St is not the best fit.
>>>
>>> I'm hoping to have more information regarding the potential for Pike St by the end of this week.
>>>
>>> If in fact Pike St *can* be utilized for this event, we would need to review plans that address the issues that occurred last year (e.g. how the event would ensuring sidewalks on both sides of Pike St remain clear of event-goers so that the public can walk through the space and access businesses).
>>>
>>> Thank you,
>>> Kiah
>>>
>>> **From:** Briana Tokar <briana@unitedrevival.org>
>>> **Sent:** Tuesday, March 4, 2025 12:56 PM
>>> **To:** OED_Specialeventsoffice <specialeventsoffice@seattle.gov>
>>> **Subject:** Re: Mayday - Special Event May
>>>
>>> Hello,
>>> Following up on my previous email. Please advise what our next steps are, we have been waiting for a month for an update.
>>>
>>> Thank you,
>>> Briana
>>>
>>> On Wed, Feb 26, 2025 at 5:58 PM Briana Tokar <briana@unitedrevival.org> wrote:
>>>> Thank you!
>>>> This event is a completely different event than the one we did last year with United Revival, this ministry is for Mayday.
>>>> They are expecting way less people than what the United Revival group had, about 300-500.
>>>>
>>>> Please let me know if that's something we can do.
>>>> Thank you!
>>>> Briana
>>>>
>>>> | **Briana Tokar** | (503) 679-8828 |
>>>> |---|---|
>>>> | Administrator | briana@unitedrevival.org |
>>>> | United Revival | unitedrevival.org |
>>>> |  | 4612 Roseville Rd |
>>>>
>>>> On Wed, Feb 26, 2025 at 5:56 PM OED_Specialeventsoffice <specialeventsoffice@seattle.gov> wrote:

Hi Briana,

Thank you for your patience with our office.

After looking through notes from last year's March for Jesus event that was also hosted on Pike St between 1st Ave & 2nd Ave, the Special Events Office believes that location is not ideal for your worship event.

Some feedback our office received in 2024 included overcrowding on Pike St which led to some local businesses closing early due to patrons having challenges in accessing their businesses, placement of portajohns directly adjacent to a business's outdoor patio which led to that patio space being closed for the afternoon, and insufficient neighborhood notifications being issued.

We would like to encourage you to consider utilizing Westlake Park for your community worship service instead. I've included Claire Pinger from the Downtown Seattle Association here – May 24 is available at Westlake Park, which would allow for a larger space for your community worship while still keeping the event in the Downtown corridor.

We're also happy to connect you with the Parks Department if you'd like to consider other parks locations for your event. You might also consider connecting with Friends of the Waterfront to see if they have any spaces that would work well for you.

Please let us know if you have any questions or would like any assistance in finding a suitable location for your community worship.

Thank you,
Kiah

***

**Kiah Patzkowsky** *(she/her/hers)*
Special Events Program Manager
Seattle Office of Economic Development

700 Fifth Avenue, Suite 5752, Seattle, WA 98104

M: 206-883-6110 | kiah.patzkowsky@seattle.gov

Facebook | Twitter | Instagram | Newsletter

**Seattle is a Welcoming City:** City employees do not ask about citizenship status and serve all residents regardless of immigration status. Immigrants and refugees are welcome here.

**Language and ADA Access:** For translations, ADA accommodations or accessibility information, contact oed@seattle.gov.

**Public Disclosure/Disclaimer Statement:** Consistent with the Public Records Act, Chapter 42.56 RCW, all records within the possession of the City may be subject to a public disclosure request and may be distributed or copied. Records include and are not limited to sign-in sheets, contracts, emails, notes, correspondence, etc. Use of lists of individuals or directory information (including address, phone or E-mail) may not be used for commercial purposes.

---

**From:** Briana Tokar <briana@unitedrevival.org>
**Sent:** Monday, February 17, 2025 8:58 AM
**To:** OED_Specialeventsoffice <specialeventsoffice@seattle.gov>
**Subject:** Re: Mayday - Special Event May

Good morning!

The coordinators have asked me to reach out again and see if there is any update on this permit, we saw the event was posted online but weren't sure where the permit stands.

Thank you!

On Tue, Feb 11, 2025 at 11:53 PM OED_Specialeventsoffice <specialeventsoffice@seattle.gov> wrote:

Hi Briana,

Thank you for checking in. We're liaising with some of our partner departments who're involved with programming the area that you've proposed for your event. Our office will share updates as soon as we have a bit more clarity on the best way to proceed.

Thank you for your patience.

Best,

***

**Seattle Special Events Office**

http://www.seattle.gov/specialevents

700 5th Ave, Suite 5752 | PO Box 94708

Seattle, WA 98124-4708

specialeventsoffice@seattle.gov

---

**From:** Briana Tokar <briana@unitedrevival.org>
**Sent:** Tuesday, February 11, 2025 8:14 AM
**To:** OED_Specialeventsoffice <specialeventsoffice@seattle.gov>
**Subject:** Re: Mayday - Special Event May

Hello!

I wanted to check on the status for this permit, thank you!

Briana

On Wed, Feb 5, 2025 at 7:31 PM OED_Specialeventsoffice <specialeventsoffice@seattle.gov> wrote:

Hello,

Thank you submitting your Special Event Permit Application! We are excited to learn the details of the event you are planning to hold.

Staff is reviewing the information and documents you have provided and will contact you concerning next steps shortly.

Information on Special Events Permit topics is available on our website.

Thanks,

**Seattle Special Events Office**

http://www.seattle.gov/specialevents

700 5th Ave, Suite 5752 | PO Box 94708

Seattle, WA 98124-4708

specialeventsoffice@seattle.gov

---

**From:** Briana Tokar <briana@unitedrevival.org>
**Sent:** Wednesday, February 5, 2025 4:21 PM
**To:** OED_Specialeventsoffice <specialeventsoffice@seattle.gov>
**Subject:** Mayday - Special Event May

**CAUTION: External Email**

Good evening!

Please see attached a special events permit for Tetelestai Ministries, their event name is "Mayday".

I worked with the City of Seattle last year to get permitting for "United Revival" at the same location below, Tetelestai Ministries asked me to reach out as I have worked on this location before. On the permit, I have added Jessica as a contact as she is their head of logistics and will be taking care of all payments and will be able to answer any more questions about the ministry (if there are any).

Thank you in advance!

Briana



--

**Briana Tokar**
Administrator
United Revival

(503) 679-8828

briana@unitedrevival.org

unitedrevival.org

4612 Roseville Rd

--

**Briana Tokar**
Administrator
United Revival

(503) 679-8828

briana@unitedrevival.org

unitedrevival.org

4612 Roseville Rd

--

(503) 679-8828



CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.