# Permit



| | |
|---|---|
| Seattle Parks & Recreation Event Scheduling<br>300 ELLIOTT AVE W<br>Suite 100<br>Seattle, WA, US 98119-4198 | PHONE:(206) 684-4080<br>FAX:(206) 684-4853 |

**Permit #** R226990
**Status** Approved
**Date** Apr 8, 2025 6:15 PM

| | |
|---|---|
| **Organization Name** | Tetelestai Ministries Inc - 6452 |
| **Customer Type** | General Public |
| **Organization Address** | PO Box 416<br>Corbett, OR 97019 |

| | | | |
|---|---|---|---|
| **Agent Name** | Briana Tokar | **Primary Phone Number** | (503) 679-8828 |
| | | **Email Address** | briana@unitedrevival.org |
| **System User** | BergquC | **Payer** | Tetelestai Ministries Inc |

| | |
|---|---|
| Rental Fee | $900.00 |
| Discounts | $0.00 |
| Subtotal | $900.00 |
| Deposits | $0.00 |
| Deposit Discounts | $0.00 |
| **Total Permit Fee** | **$900.00** |
| Total Payment | $900.00 |
| Refunds | $0.00 |
| Balance | $0.00 |

## Mayday USA

1 resource(s)   1 booking(s)   Subtotal: $900.00

### Booking Summary

**Cal Anderson Park: South Meadow (Event - Outdoor)**                    Center: Cal Anderson Park

| START DATE/TIME | END DATE/TIME | ATTENDEE | AMT W/O TAX |
|---|---|---|---|
| Sat, May 24, 2025 7:00 AM | Sat, May 24, 2025 10:00 PM | 1 | $825.00 |
| Resource level fees | | | $75.00 |

### Custom Questions

| QUESTION | ANSWER |
|---|---|
| Do you need an electrical hookup for your event? | No |
| Do you need vehicle access for your event? | No |
| Expected attendance? | 500 |

| | |
|---|---|
| How many portable restrooms will you have? | None |
| How many waste receptacles will you have? | 1-9 |
| Is there insurance on file? | Yes |
| Is this event considered first amendment activity? | No |
| Will money be collected onsite? | No |
| Will there be a bounce house at the event? | No |
| Will there be amplified sound at your event? | Yes |

### Payment and Refund

| RECEIPT # | DATE | FEE DESCRIPTION | EVENT | RESOURCE | PAYMENT / REFUND |
|---|---|---|---|---|---|
| 1381855.001 | May 7, 2025 | ES Application Permit Fee | Mayday USA | Cal Anderson Park: South Meadow | $75.00 |
| 1381855.001 | May 7, 2025 | ES Hourly Community, Natural, Special Use Rez Fee | Mayday USA | Cal Anderson Park: South Meadow | $825.00 |

*Seattle Parks & Recreation Permit Holders must comply with all applicable Washington and federal laws, including but not limited to disability laws and regulations as amended, such as the Americans with Disabilities Act of 1990 ("ADA"); Section 504 of the Rehabilitation Act of 1973; and the Washington Law Against Discrimination, Wash. Rev. Code Ann § 49.60. Permit holders must comply with any guidelines put in place by the Governor and Public Health. Permit holders further agree to indemnify and hold harmless the City from any claims arising out of Permit holder's failure to comply with the aforesaid requirements. Failure to comply with these requirements and all permit guidelines shall constitute a material breach of this permit, and all future permitted dates are subject to cancellation.*

Refund Policy (A complete copy of Seattle Parks and Recreation's refund policy (effective 1/9/13) may be downloaded at http://www.seattle.gov/documents/departments/parksandrecreation/policiesplanning/refundpolicy.pdf
For community centers, swimming pools, small craft centers, outdoor spaces, sports fields, and other recreation providers, it is the policy of Seattle Parks and Recreation and the Associated Recreation Council that:

- Any person who schedules a STANDARD RENTAL of a recreation facility and who cancels at least 15 days in advance is entitled to a partial refund.
- Any person who schedules a rental of a SPECIAL AMENITY FACILITY and who cancels at least 90 days in advance is entitled to a partial refund.
- Any person who reserves a SPORTS FIELD must provide 14 days advance notice of cancellation to be entitled to a full refund.
- Exceptions: No refund is available for some designated services, which may include some rentals, outdoor events, ceremonies or picnics. Information on any specific exception is available from Parks and Recreation staff prior to payment and purchase.

X: _____

Date: _____

**Seattle Parks & Recreation Event Scheduling**
Mailing Address: 300 ELLIOTT AVE W, Suite 100, Seattle, WA 98119-4198
Phone Number: (206) 684-4080
Fax Number: (206) 684-4853

X: _____

Date: _____

**Tetelestai Ministries Inc**
Customer Type: General Public
Customer ID: 406126
Mailing Address: PO Box 416, Corbett, OR 97019
Authorized Agent Name: Briana Tokar
Primary Phone Number: (503) 679-8828
Email Address: briana@unitedrevival.org

# Park Use Permit Attachment I & II #R226990
# Mayday USA
# Cal Anderson Park
# Briana Tokar

## Attachment I:

### Supplemental Provisions
**PLEASE NOTE: THIS PERMIT DOES NOT NEED TO BE SIGNED TO BE VALID**
*In case of event emergencies: 206-684-7250 x 2 or email pks_work_order_desk@seattle.gov*

1. **Permission is Granted to:** *Conduct a community event*

   - *Amplified sound is permitted for this event from 10:00 AM to 9:00 PM*
   - ***Permittee must comply with noise ordinance listed below.***
   - *Stages and sound equipment must be orientated facing north into the park.*
   - *Amplified music must have breaks every 2-3 hours of at least 30 minutes.*
   - *Setup is allowed to include: tables, chairs, generator, stage, backstage barricades and equipment for amplified sound.*
   - *Electricity is not approved for this event*
   - *No banners have been approved for this event. Any additional banners, displays, or surfaces that are promotional in nature will be charged at $100 per display or surface.*
   - *Food and beverages may be passed out onsite. NO Sales*
   - *Approved for a worship and prayer event.*
   - *Vehicles are not allowed in the park at any time.*
   - *During all times, Permittee must follow all applicable federal, state, and local laws.*
   - *All garbage generated by this event is the responsibility of the permit holder and must be disposed of outside the park.*
   - *Any damage generated because of this event will be the responsibility of the permittee to rectify.*

**FEES & CHARGES**

2. **Payments**: Permittee agrees to pay the following fees. Checks should be made payable to **City of Seattle** and sent to Seattle Parks and Recreation, Event Management Office, 300 Elliott Ave W Suite 100, Seattle, WA 98119

    *Park Use Permit Application Fee – PD*

3. **Any Sales including Entry or Admission Fees, Service charges, or Suggested Donation amounts:** Permittee shall pay the Department 10% of the gross receipts from any and all monies collected on Parks property.  Checks should be made payable to **City of Seattle** and sent to the Seattle Parks and Recreation, Event Management Office, 300 Elliott Ave W Suite 100, Seattle, WA 98119.  Permittee must submit a financial statement that clearly lists all income, expenses and the total amount of monies received from the event. The statement and fees are due to the Department within 10 business days following the event.

# Park Use Permit Attachment I & II #R226990
# Mayday USA
# Cal Anderson Park
# Briana Tokar

**OTHER PROVISIONS:**

4. **Food & Sales:** unless listed in above "*Permission is Granted to*":

   - Permittee may not give away any food or beverage items.

   - This permit authorizes NO SALES of any items. Permittee may give away non-food and beverage items (e.g., sports schedules, CD's, posters, arts & crafts, & t-shirts).

   - Permittee may have information in the park to distribute free literature concerning its programs.

5. **Canopies/Tents (Permission to setup canopies/tents must be listed in the above "*Permission is Granted to" section*:** If approved above, Permittee may set up a free-weighted tent structure (with 2 or more walls) no larger than 400 square feet (20 x 20) or a canopy (with no walls) up to 700 square feet (20 x 30) without a separate Fire Department permit if listed above.  If the structure exceeds this size, it is the Permittee's responsibility to obtain the proper permits through the Fire Department.

6. **Alcohol**:
   - Alcoholic beverages cannot be kept, sold, served or consumed in public places (RCW 66.04-010). This includes areas such as parks, parking lots and streets, or private automobiles in said places.

7. **Sound:**

   - Amplified sound is NOT authorized in the park under the terms of this permit unless listed under "*Permission is Granted to*" above.  It is unlawful to use any public address system, loudspeaker or other sound-amplifying device in any park unless authorized by permit.

   - If amplified music has been approved, Permittee must be in compliance with the Seattle noise ordinance, SMC 25.08.520 (copies available upon request).

   - No amplified sound prior to 9:00 am and after 10:00 pm in any park.

8. **Equipment Set Up**:  All equipment such as canopies and tents should be free-weighted and not staked into the ground.

   - Any set up requiring to be staked into the ground must be listed as pre-approved in "*Permission is Granted to*" above.  All proposed staking must be done with written approval and in the presence of authorized personnel.

   - Environmental conditions affect placement of all set up on the turf.  Condition of turf, weather, size and type of set up are factors in Seattle parks determining placement (if allowed) on turf areas.

   - Permittee must provide surface protection, such as plywood boards, under booths or other large set up placed on the turf or plastic tarps under food booths which may stain paving surfaces.  Removal of stains and area clean up are the responsibility of the Event Sponsor.  Cost incurred by the Seattle Parks for any damage done by the event will be billed to the Sponsor.

**VEHICLE ACCESS, SECURITY, & PUBLIC SAFETY**

9. **Motorized Vehicles:**

# Park Use Permit Attachment I & II #R226990
# Mayday USA
# Cal Anderson Park
# Briana Tokar

- According to Seattle Municipal Code, other than City owned vehicles, **NO residential vehicles** or trailers are authorized to drive or park within the park boundaries at any time unless specifically allowed in "*Permission is Granted to*" above.
  - If Permittee has the approval to temporarily load and unload equipment in the park, vehicles must remain in the park no longer than 15 minutes, must remain on paved paths/roads only and must not exceed a speed limit of 5 mph.
  - No vehicles will be permitted to park within park boundaries or drive on the turf at any time.
  - All vehicles must be parked legally in public parking spaces.

10. **Security on Site:**
    - Permittee agrees to abide by any requests by staff at the park in the performance of their duties.
    - A single Lead Person must be identified to speak for the group that will be available on site during the event. **The lead person must have a copy of the permit with them at the park on the day of their event in order to render enforcement of this permit.**

11. **Public Access**:
    - All parks are open to the public at all times. No exclusive use is allowed.
    - **Permittee may not close off, rope off or partition any part of the park at any time**; All park pathways, walkways, stairwells and access ways must remain open all times. **Do not block off public access**.

12. **ADA:**

    **Permittee** shall comply with all applicable provisions of the Americans with Disabilities Act, 42 U.S.C. 12101 et seq. ("ADA").

    **Permittee** shall take no action that prevents, impairs or interferes with measures or conditions necessary for compliance by the City with the ADA.

    **Permittee** shall not discriminate against any person because of disability, race, religion, color, sex, disability, national origin or ancestry, or age in the admission to, access to, or operations of its programs, services, or activities pertaining to the permitted event.

    **Permittee** shall comply with all other applicable federal, state, and City laws, rules and regulations.

13. **Banners/Signs:** All commercial advertising must be approved in writing in advance of the actual event. Banners or signs may not be attached to trees, benches, or bushes under the terms of this permit.

**Damage Mitigation**

A. Damage to turf, trees, shrub beds, hard surfaces or buildings caused during the event will be charged to the Permittee. All damage must be repaired to Seattle Parks and Recreation standards. It is the responsibility of the event sponsors to pay for any and all damage caused by the event. Cost incurred by the Seattle Parks for repairing damage to turf, trees or plant materials will be billed to the Permittee.

B. Temporary fencing of some park trees, shrub beds, planters and flower planting may be required. Seattle Parks staff will determine areas that must be fenced (if any).

# Park Use Permit Attachment I & II #R226990
# Mayday USA
# Cal Anderson Park
# Briana Tokar

**Garbage Handling**

C. Permittee agrees to police the area and pick up all litter and debris generated by the event and its participants.

**Recycling**

D. Recycling is now required at many events by state law. RCW 70.93.093 reads:

*In communities where there is an established curbside service and where recycling service is available to businesses, a recycling program must be provided at every official gathering and at every sports facility by the vendors who sell beverages in single-use aluminum, glass, or plastic bottles or cans. A recycling program includes provision of receptacles or reverse vending machines, and provisions to transport and recycle the collected materials. Facility managers or event coordinators may choose to work with vendors to coordinate the recycling program. The recycling receptacles or reverse vending machines must be clearly marked, and must be provided for the aluminum, glass, or plastic bottles or cans that contain the beverages sold by the vendor.*

**SMC 21.36.086:**

*Food service businesses providing food for consumption on premises using compostable or recyclable food service ware must provide conveniently located and clearly marked containers where customers may discard compostable and recyclable food service ware and must provide for the collection and delivery of these materials to appropriate processing facilities.*

Please contact Seattle Public Utilities for additional information.

## Attachment II:

### General Terms and Conditions for Special Events in Seattle Parks

1. **Retain Permit: User must retain a copy of this permit on the premises throughout the scheduled event.**
2. **Laws and Rules:** The User shall comply with all state laws, City ordinances, regulations of the Superintendent of Seattle Parks and Recreation applicable to activities in City parks, and any lawful order of a Departmental representative made to prevent injury or damage.  No lewd conduct or gambling devices are permitted on the premises.
3. **Condition of Premises:** By entering into possession, the User accepts the premises in their present condition.  The User may inspect the premises at an earlier, mutually convenient time.  Upon expiration or termination of the Permit, the User shall promptly return the premises in as good condition as received, reasonable wear & tear excepted, in a clean appearance, ready for use by another.
4. **Approval Required:** The following activities are NOT ALLOWED without advance written approval from Seattle Parks and Recreation: the sale of food, beverages, goods or merchandise; charging admission or fees for services; alteration, painting, or construction of any Seattle Parks structure (if applicable, see Attach. 2).

# Park Use Permit Attachment I & II #R226990
# Mayday USA
# Cal Anderson Park
# Briana Tokar

5. **Sales and Entry Fees:** Permittee shall pay the Department 10% of the gross receipts from all sales and entry fees.  Checks should be made payable to **City of Seattle** and sent to the Seattle Parks and Recreation, Event Management Office, 300 Elliott Ave W Suite 100, Seattle, WA 98119.  Permittee must submit a financial statement that clearly lists all income, expenses and the total amount of monies received from the event. The statement and fees are due to the Department within 10 business days following the event.

6. **Responsibility:** The Permittee assumes responsibility for all activities it conducts during the event, including but not limited to, supervision and control to prevent injury or damage; maintenance of the premises during the use; picking up bottles, debris and refuse; and providing security to maintain order. Seattle Parks and Recreation disclaims any liability from, and the Permittee agrees not to hold Seattle Parks and Recreation liable for, all harm that may arise from the event authorized by this permit.

7. **Departmental Access:** Seattle Parks and Recreation authorized representatives shall have free access to the premises at any and all times.  Seattle Parks and Recreation may make repairs or alterations to the premises during the use period as long as the same does not unreasonably interfere with the use of the premises for the planned event. As determined by the Superintendent of Seattle Parks and Recreation, Parks staff may interfere with the User's use of the premises for repair and alteration work resulting from an emergency.

8. **Cancellation, Relocation by Department:** Seattle Parks and Recreation may, upon giving as much advance notice to the Permittee as practical, cancel or terminate this Permit or relocate a scheduled use to a nearby available location if the premises are closed due to an Act of God, for repairs, if necessary utilities or services cannot be supplied or if a supervening order of a governmental officer or agency makes it necessary.  If Seattle Parks and Recreation cancels a Permit for any of these reasons, it shall return all fees, bond or cash deposit; if Seattle Parks and Recreation terminates a Permit in progress for any of these reasons, it shall return the unused pro rata portion of fees and shall not charge expenses incurred solely for the termination for any of these reasons against the bond or cash deposit.

9. **Revocation:** Seattle Parks and Recreation may revoke a permit and/or stop a use in progress if the Permittee fails to comply with any State laws, City ordinances, including Seattle Municipal Code 25.08.520 (noise ordinance), the rules and regulations of the Superintendent of Seattle Parks and Recreation, the terms and conditions of this permit or an approval required under Section 4; the Permittee fails to secure a necessary permit; and/or after a warning, the Permittee disregards a lawful order of an authorized representative of Seattle Parks and Recreation or engages in activity that may cause injury to the public or damage to the premises.

10. **Bond or Deposit:**  A performance bond or cash deposit may be required and held in trust for performance or payment of certain charges.  This may be required when an event presents a risk of damage to City Property, or if the applicant has previously held an event that violated the Seattle Parks Code.  The performance bond is released if the terms and conditions of a permit are fully performed and a cash deposit is returned by check from the Finance Director's Office.  If a permit is not performed fully, expenses incurred or damages sustained may be charged against the bond.

11. **No Assignment:** This permit and the permission granted may not be assigned, nor the premises sublet, without the prior written consent of the Department.

12. **Indemnity:** The Permittee shall indemnify and hold the City harmless from any and all claims, actions, losses and damages to person or property (including but not limited to attorneys fees and

# Park Use Permit Attachment I & II #R226990
# Mayday USA
# Cal Anderson Park
# Briana Tokar

expenses) suffered as a consequence of or arising or resulting, directly or indirectly, from any act or omission of the Permittee on or about the premises.

In the event that any lawsuit based upon any such claim, action, loss, damage or cost is brought against the City, the Permittee, after being notified that such lawsuit has been started, shall defend such lawsuit at no expense to the City; and if, in such lawsuit, a final judgment is rendered against the City, or against the City and the Permittee, jointly, the Permittee shall promptly satisfy such judgment.

The Permittee's liability under the indemnification agreement shall not be reduced by any City negligence; provided, that nothing shall require the Permittee to indemnify the City against the sole negligence of any City officer, employee or agent acting within the scope of such person's employment. The permit holder also waives, with respect to the City only, its immunity under RCW Title 51, Industrial Insurance of the Revised Code of Washington.

13. **Insurance:**  The Permittee shall, at its sole cost, maintain continuously throughout the period of the event (including any move-in and move-out period) the following insurance during the term of the Contract:

    a) **Commercial General Liability insurance**, including premises/operations and (if applicable) Liquor Liability. The minimum limits of liability shall be $1,000,000 each occurrence combined single limit bodily injury and property damage ("CSL").

    b) If any vehicle is used in the conduct of the Permittee's business, **Automobile Liability insurance**, including coverage for owned, non-owned, leased or hired vehicles as necessary.  The minimum limits of liability for Bodily injury and property damage shall be $1,000,000 CSL.

    c) The Permittee shall, if required, insure its liability for industrial injury to its employees in accordance with the provisions of Title 51 of the Revised Code of Washington.  The permit holder shall be responsible for Workers' Compensation Insurance for any subcontractor it may use or hire for purposes of this permit activity. The insurance required under items (a) and (b), above, shall be endorsed to include The City of Seattle, its officers and agents as an Additional Insured on ISO form CG2026 (or equivalent), and shall not be reduced or cancelled without forty-five (45) days prior written notice to the City.

    d) The Permittee's insurance shall be primary as respects the City, and any other insurance maintained by the City shall be excess and non-contributing with the Permittee's insurance.

    e) No use of the premises shall be permitted until the Department receives a certificate of insurance with a copy of the additional insured provision for the CGL insurance documenting that the "City of Seattle" is an Additional Insured for primary and non-contributory limits of liability on ISO Form CG 20 26 or equivalent.

**Park Use Permits will not be issued without approved insurance.**

