English

# Office of the Mayor

Mayor Bruce Harrell

**HOME**     TOPICS

‹ Previous                                                                 Next ›

# Statements from Prominent Seattle Christian and Faith Leaders

by Jamie Housen on May 27, 2025

**Seattle** – Today, a diverse group of Seattle Christian and Faith leaders made the following statements:

### Pastor Carey Anderson, First A.M.E. Church

"As a clergyman and the Pastor of First A.M.E. Church, we stand with our Mayor Bruce Harrell who spends every day advancing the shared values of love, integrity, and unity that is expressed not only in the Christian faith but in our interfaith beloved community. Those who seek to weaponize Christianity and preach extremist views reflect poorly on the church and the whole ecumenical and interfaith community.

"Mayor Harrell was elected to be the Mayor of all of the people who reside in the city of Seattle. The faith community should be a place that offers a unifying message of hope, acceptance, and love in the name of God."

**Reverend Reginald Avant, Pastor, Madrona Grace Presbyterian Church**

"Famous author and speaker bell hooks said that 'Without Justice there can be no love.' Madrona Grace Presbyterian Church stands with the LGBTQI community. We are saddened by the rally that took place at Cal Anderson Park on Saturday. We believe a church should be about loving and caring for one another. God made it simple by telling us to love thy neighbor (Matthew 22:39). What happened on Saturday had nothing to do with loving thy neighbor. We condemn these actions of hate by a misguided group of believers who targeted the LGBTQI community.  Instead, we stand with the LGBTQI community on the right side for justice and love. Because this is exactly what Jesus calls the church to do."

**Rabbi Will Berkovitz, CEO, Jewish Family Service**

"Every day seems to bring a new assault on our shared sense of humanity, of decency, leaving us struggling not to rationalize or excuse the inexcusable. Moments like these remind us that Judaism guides us to embrace the interconnectedness of all people.  Our tradition is one of inclusivity. It is one that commands us to love the stranger as ourselves.

As the great sage Hillel, guides us: If I am not for myself, who will be for me? If I am only for myself, what am I? And if not now, when? Hateful rhetoric against our LGBTQ+ community is not the message of God. We are each other's keepers, and we cannot and must not turn away from the injustices of our world when we have the power to help."

**Alex Booker, Associate Pastor of Social Justice and Outreach, Queen Anne Baptist Church**

"No one group represents the vast and diverse belief systems that reside in Christianity, specifically groups that deny Scripture's claim that every human, regardless of their race, ethnicity, sexuality, gender expression or lack there of, are made in the image of God. I am among a large group of Christians and Clergy that believe that God is real and LGBTQIA+ people are human beings that deserve to live in the abundance that God intended for all of us to. I support, love, and affirm our Trans and Same Gender Loving siblings because of my faith, and join others in the faith to stand firmly against all forms of bigotry and hate masquerading as Christian values."

**Rev. Dr. Leslie D. Braxton, Senior Pastor, New Beginnings Christian Fellowship**

"As a Christian pastor and a citizen of this country, I strongly oppose any actions or rhetoric that seek to undermine the dignity, freedoms, or safety of others—particularly those already vulnerable in our society like our LGBTQ+ neighbors. Those who cannot love their neighbors and who will not treat all of their neighbors

as they want to be treated themselves are religious hypocrites and not true to the faith. When people use religion to justify taking away others' constitutionally protected rights, they stray from both the principles of democracy and the core of our faith—which is rooted in love, justice, compassion, and our shared humanity."

**Rev. Dr. Kelle J. Brown, Senior Pastor, Plymouth United Church of Christ**

"Years ago, Seattle was named a city of compassion. It is, therefore, our moral prerogative to stand in solidarity with our trans and gender diverse siblings. There is nothing godly or compassionate in vicious anti-trans movements and legislation that spill violence and bigotry against those living as created by God. May we as a city stand courageously against the snatching of human rights couched in religious nationalism and trans-antagonism."

**Rev. Dr. Victoria Carr-Ware, Senior Pastor, Queen Anne Baptist Church**
"What happened in Seattle this weekend was not an act of faith—it was a weaponization of religion to spread hate. For too long, the Church has condemned and excluded LGBTQIA+ people, and silence in the face of that harm has been a form of complicity. At Queen Anne Baptist Church, we refuse to participate in that legacy any longer. We denounce all forms of hate and boldly proclaim a Gospel of radical inclusion, where our LGBTQIA+ siblings are not just welcomed but celebrated, affirmed, and called into the fullness of life and leadership in God's beloved community."

### Rev. Dr. Patricia L. Hunter, American Baptist Pastor

"Mayday's desire is to wrap their personal hate, fear, and bigotry in Christian speak. It won't work. The call of Jesus to his followers was to first love God and secondly to love our neighbors. In no way does the ideology or bad theology of this fringe group embody the love of God we are to exhibit. Those of us who actually follow the Jesus of the New Testament work to make the welcome tent bigger so that all God's children regardless of sexuality or sexual identity are welcome at the table of love, justice, grace, and mercy."

### Douglas Avilesbernal, Executive Minister, Evergreen Baptist Association of American Baptist Churches

"The neighbor we ought to love as ourselves in Luke 10:27 is not a geographic or Theological description. It is a moral statement of absolute inclusion of all humans. It must therefore include our LGBTQIA+ neighbor family. After all, the one person Jesus described as a "neighbor" in the Gospels was a Samaritan — a group of people hated simply for how they were born."

### Rev. Dr. Brenda Salter McNeil

"As a Christian committed to reconciliation, I believe that ALL people are created in the image of God and, therefore, ALL people are worthy of love, protection,

equality, dignity and respect. So, may we seek the common good for ALL people with the biblical ethic to love God and our neighbor."

**Rabbi Daniel A. Weiner, Temple De Hirsch Sinai**

"We are grateful for Mayor Harrell as he stands with the LGBTQIA+ community in defiance of those who would exploit and pervert the message of faith to support a hateful and bigoted attack on some of the most vulnerable in our community."

Filed Under: Office of the Mayor

< Previous                                           Next >

## Browse the Archive

Choose a Month

All Seattle.gov Blogs

Seattle's Mayor is the head of the Executive department. The Mayor directs and controls all City offices and departments except where that authority is granted to another office by the City Charter.

About Our Digital Properties     Privacy Policy     ADA Notice